1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (915) 554-2700
5  Email: Audrey.Hemesath@usdoj.gov

6  Attorneys for Defendants

7                UNITED STATES DISTRICT COURT
8                EASTERN DISTRICT OF CALIFORNIA

9  Jaswant Singh,                    )
10                                    ) Case No.: 1:14-cv-1619 GSA
               Plaintiff,             )
11                                    ) **Joint Stipulation and Order re: Extension**
           v.                         ) **of Time**
12                                    )
13 Leon Rodriguez, et al.,            )
                                      )
14             Defendants.            )
                                      )
15                                    )

16 

17     Defendants request a 60-day extension of time in which to file an answer to the

18 complaint, and plaintiff does not oppose this request.  The parties request that the status

19 conference be reset to sometime after the new answer date.

20

21

22 Dated: December 16, 2014              Respectfully submitted,

23                                      BENJAMIN B. WAGNER
                                        United States Attorney
24

25                                      /s/ Audrey B. Hemesath
                                        AUDREY B. HEMESATH
26                                      Assistant U.S. Attorney

27

28

1

DATED: December 16, 2014          Respectfully submitted,
                                  /s/ Sarah Castello
                                  Law Offices of Robert B. Jobe
                                  Attorneys for the Plaintiff

## ORDER

Pursuant to the foregoing stipulation, Defendants shall file an answer on or before March 3, 2015.  The Initial Scheduling Conference currently set for January 20, 2015 is continued to March 18, 2015 at 9:30 a.m. in Courtroom 10 before Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

Dated:   **December 17, 2014**                    **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE