| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | AUDREY B. HEMESATH |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (915) 554-2700 |
| 5 | Email: Audrey.Hemesath@usdoj.gov |
| 6 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Jaswant Singh, | ) | |
| | ) | Case No.: 1:14-cv-1619 GSA |
| Plaintiff, | ) | |
| | ) | **Joint Stipulation and Order re: Extension** |
| v. | ) | **of Time** |
| | ) | |
| Leon Rodriguez, et al., | ) | (ECF No. 11) |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Defendants request a 120-day extension of time in which to file an answer to the complaint, and plaintiff does not oppose this request. The reason for this second extension of time is that the matter is likely to resolve at the administrative level within the 120-day timeframe. The parties also request that the status conference be reset to sometime after the new answer date.

Dated: February 25, 2015          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Audrey B. Hemesath
                                  AUDREY B. HEMESATH
                                  Assistant U.S. Attorney

1

| | |
|---|---|
| DATED: February 25, 2015 | Respectfully submitted,<br>/s/ Sarah Castello<br>Law Offices of Robert B. Jobe<br>Attorneys for the Plaintiff |

ORDER

Pursuant to this joint stipulation, the Court grants an extension of time for Defendants to file an answer to the Complaint. Defendants shall file their answer no later than **July 3, 2015**. The Initial Scheduling Conference, currently set for March 18, 2015, is continued to **July 8, 2015** at **10:00 a.m.** in Courtroom 10 before Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

Dated:   **February 26, 2015**            **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE