# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASWANT SINGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEON RODRIGUEZ, et al.,<br><br>　　　　　Defendants. | )<br>) 1:14-cv-1619-GSA<br>)<br>) **ORDER OF DISMISSAL WITHOUT**<br>) **PREJUDICE**<br>)<br>) (ECF No. 13)<br>)<br>)<br>)<br>) |

　　Based on Plaintiff's Notice of Voluntary Dismissal, this entire action is dismissed without prejudice. Each party will bear its own costs and attorneys' fees. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　Dated:   **April 10, 2015**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1